The People of the State of Illinois, defendant in error, v. Thomas Maloney, plaintiff in error. Gen. No. 32,538.

Opinion filed May 2, 1928.

M. D. Dolan, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; John Holman and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Rose A. McCauley, appellant, v. Michael McCauley, appellee. Gen. No. 32,143.

Opinion filed May 2, 1928.

Lloyd A. Faxon, for appellant. Milton J. Sabath, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

H. H. Burke, trading as Midway Realty Company, appellee, v. Stephen Windisch and Francis Windisch, appellants. Gen. No. 32,237.

Opinion filed May 2, 1928.

Harry G. Hershenson, for appellants; A. N. Lustig, of counsel. Kelly & Murphy, for appellee; Frank F. Trunk, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

William H. Pontow and Warren Pontow, trading as William H. Pontow & Son, appellees, v. Arvid Morton and Gunnar Morton, trading as A. Morton & Brother, appellants. Gen. No. 32,255.

Opinion filed May 2, 1928. Rehearing denied May 17, 1928.

Webster & Holmgren, for appellants; Daniel Webster, of counsel. Harry A. Fleck, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

Arthur Rosenberg, trading as Summit Electric Company, appellee, v. R. H. Parker, appellant. Gen. No. 32,276.

Opinion filed May 2, 1928.

Evert O. Hutchins, for appellant. McBride & Brenner, for appellee.

Mr. Justice Wilson delivered the opinion of the court.